AKRIDGE v. CENTRAL OF GEORGIA RAILWAY COMPANY.

Fish, P. J.   While the evidence in behalf of the plaintiff was not sufficient to
have required a verdict in his behalf, it was sufficient to have supported such
a verdict, if rendered, and it was, therefore, erroneous to grant a nonsuit.
                    Judgment reversed.     All the Justices concur.

Argued May 14, — Decided June 8, 1904.

Action for damages. Before Judge Felton.   Bibb superior
court.   November 12, 1903.

Marion W. Harris and M. Felton Hatcher, for plaintiff.
Hall & Wimberly, for defendant.